24 CR 228




# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336



FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
OCT - 8 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
TINA SNELLINGS
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6281
Tina.Snellings@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**STEVEN GREGORY THORNTON,**

**Defendant.**

**SEALED**
**CRIMINAL INDICTMENT**

**Case No. 2:24-cr-0228-JCM-MDC**

**VIOLATIONS:**

Count One: 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) - Dealing in Firearms Without a License

Count Two: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of a Firearm

Count Three: 18 U.S.C. §§ 922(g)(1) and 924(a)(8)– Felon in Possession of a Firearm

Count Four: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) - Distribution of a Controlled Substance – 50 Grams or More of Methamphetamine

Count Five: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) - Distribution of a Controlled Substance – 50 Grams or More of Methamphetamine

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Dealing in Firearms Without a License)*

Between on or about June 3, 2024, and on or about June 12, 2024, in the State and Federal District of Nevada,

**STEVEN GREGORY THORNTON,**

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT TWO**
*(Prohibited Person in Possession of a Firearm)*

On or about June 3, 2024, in the State and Federal District of Nevada,

**STEVEN GREGORY THORNTON,**

defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: *Burglary* in the Superior Court of California, County of Monterey, on or about August 22, 2008, in Case No. SS081910A, knowingly possessed firearms, that is: a S.W.D. Incorporated (Cobray), Model: M-11, 9mm, pistol bearing serial number 89-0028857; a BERSA, Model: Thunder 380, .380 ACP caliber, pistol bearing serial number E66774; and a Glock, Model: G23, .40 caliber pistol bearing serial number GVV936, said firearms having been shipped and transported in interstate commerce and said possession being in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

. . .

. . .

. . .

x2

**COUNT THREE**
*(Prohibited Person in Possession of a Firearm)*

On or about June 12, 2024, in the State and Federal District of Nevada,

**STEVEN GREGORY THORNTON,**

defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: *Burglary* in the Superior Court of California, County of Monterey, on or about August 22, 2008, in Case No. SS081910A, knowingly possessed a firearm, that is: a Polymer 80, Model: PF9SS, 9mm pistol with no serial number, said firearm having been shipped and transported in interstate commerce and said possession being in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT FOUR**
*(Distribution of a Controlled Substance)*

On or about August 14, 2024, in the State and Federal District of Nevada,

**STEVEN GREGORY THORNTON,**

defendant herein, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**COUNT FIVE**
*(Distribution of a Controlled Substance)*

On or about August 27, 2024, in the State and Federal District of Nevada,

**STEVEN GREGORY THORNTON**,

defendant herein, did knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

**DATED:** this October 8th, 2024.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

TINA M. SNELLINGS
Assistant United States Attorney